# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| Roger P. Smith | : | Chapter 13 |
| Debtor | : | Case No.: 15-14717-ELF |
| | : | |

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK:

Kindly mark the above captioned Debtor's mailing address as follows:

> 2606 West Robino Drive
> Wilmington, DE 19808

Dated:  December 22, 2020     */s/ Brad J. Sadek*
                              Brad J. Sadek, Esquire
                              Counsel for Debtor