United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 15-14717-elf
Roger P Smith  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roger P Smith, 2606 West Robino Drive, Wilmington, DE 19808-2200 |
| 13557077 | + | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13622009 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13557078 | #+ | Bank of America, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 13637640 | + | Bayview Loan Servicing,, a Delaware Limited Liability Company, c/o CELINE P. DERKRIKORIAN, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 13557079 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13557080 | + | Citibank NA, P.O. Box 6189, Sioux Falls, SD 57117-6189 |
| 13593645 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 18 2021 04:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 02:42:07 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13557079 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2021 03:41:13 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13557080 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2021 03:48:51 | Citibank NA, P.O. Box 6189, Sioux Falls, SD 57117-6189 |
| 13557081 | + | Email/PDF: pa_dc_ed@navient.com | Feb 18 2021 03:43:01 | Dept Of Ed/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 13557082 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2021 04:01:00 | Internal Revenue Service, 600 Arch Street RM 5200, Philadelphia, PA 19106 |
| 13599248 | | Email/PDF: pa_dc_claims@navient.com | Feb 18 2021 03:47:31 | Navient Solutions, Inc., Department of Education Loan Services, Po Box 9635, Wilkes-Barre PA. 18773-9635 |
| 13557083 | + | Email/PDF: cbp@onemainfinancial.com | Feb 18 2021 02:31:50 | Onemain Financial, P.O. Box 499, Hanover, MD 21076-0499 |
| 13630594 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 03:42:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

Case 15-14717-elf    Doc 46    Filed 02/19/21    Entered 02/20/21 00:57:44    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 20 |

| 13581588 | Email/PDF: rmscedi@recoverycorp.com | Feb 18 2021 03:47:31 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13557084 | Email/PDF: cbp@onemainfinancial.com | Feb 18 2021 02:42:12 | Springleaf Financial, 21 N 3rd St, Oxford, PA 19363 |
| 13586087 | Email/PDF: cbp@onemainfinancial.com | Feb 18 2021 02:31:48 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13625146 | * | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor BANK OF AMERICA N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRAD J. SADEK | on behalf of Debtor Roger P Smith brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bayview Loan Servicing a Delaware Limited Liability Company ecfmail@mwc-law.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com |
| THOMAS I. PULEO | on behalf of Creditor BAYVIEW LOAN SERVICING LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Roger P Smith
    Debtor(s)

Bankruptcy No: 15−14717−elf
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 2/17/21

45 − 44
Form 138_new